# EXHIBIT B

***Prepared by, Recording Requested by, and***
***After Recording Return To:***
Hometap Equity Partners, LLC
800 Boylston Street
16th Floor
Boston, MA 02199

Investment No.: WA761237

__________________ **[Space Above This Line For Recording Data]** __________________

# MEMORANDUM OF OPTION PURCHASE AGREEMENT

**Grantor(s):**
1. RICHARD SPENCER HOFFMAN
2. ROMY MARTINSON HOFFMAN

**Grantee(s):**
1. Hometap Investment Partners III SPV, LLC

**Abbreviated Legal Description (lot, block, and plat name, or section-township-range):**

[x] Complete legal description is on page 8 of document.

**Assessor's Property Tax Parcel Account Number:**
00467100002600

# MEMORANDUM OF OPTION PURCHASE AGREEMENT

This Memorandum of Option Purchase Agreement (this "**Memorandum**") is entered into as of 02/18/2022 (the "**Signing Date**"), by and between RICHARD SPENCER HOFFMAN AND ROMY MARTINSON HOFFMAN HUSBAND AND WIFE (collectively,the "**Owner**") and Hometap Investment Partners III SPV, LLC, a Delaware limited liability company, and its successors and assigns ("**Hometap**"). The Owner and Hometap are sometimes referred to together in this Memorandum as the "**Parties**" and individually as a "**Party**". Terms not defined in this Memorandum have the meanings provided in the Hometap Option Purchase Agreement (the "**Option Agreement**").

WHEREAS, on the Signing Date the Owner and Hometap entered intc that certain unrecorded Option Agreement, which is incorporated by reference into this Memorandum as if set forth in full;

WHEREAS, pursuant to the Option Agreement, the Owner has granted and conveyed to Hometap an option (the "**Option**") to purchase an undivided percentage interest of fee simple title ownership in and to the residential real property owned by the Owner located at 26 M Cascade Dr., Hat Island, WA 98206 and further described on Exhibit A attached hereto (the "**Property**");

WHEREAS, in consideration for granting and conveying the Option, Hometap has paid to the Owner the Investment Amount;

WHEREAS, pursuant to the Option Agreement the Owner has made certain representations, warranties, covenants and promises to, and for the benefit of, Hometap regarding the Option and the Property; and

WHEREAS, the Parties have executed and recorded this Memorandum to give notice of the Option Agreement and certain rights of Hometap to the Property and certain responsibilities the Owner owes Hometap, as well as the covenants and promises of the Owner included in the Option Agreement that run with the land and will be binding on any person who acquires the Property or any interest in the Property so long as the Option Agreement has not expired or been terminated.

NOW THEREFORE, in consideration of the foregoing the Parties agree as follows:

1. Irrevocable Nature of Option. The Option is irrevocable by the Owner.

2. Option Period. The Option will commence on the Effective Date and will expire on 02/24/2032 (the "**Expiration Date**"), unless the Option Period has been extended in accordance with the Option Agreement, which extension shall not exceed a period of ten (10) years.

3. Subsequent Owners. Every person who now or later owns or acquires any right, title, or interest in or to the Property is and will be conclusively deemed to have consented and agreed to every restriction, provision, covenant, right, and limitation contained in the Option Agreement and this Memorandum, whether or not such person expressly assumes such restrictions, provisions, covenants, rights, and limitations or whether or not any reference to the Option Agreement or this Memorandum is contained in the instrument conveying such interest in the Property to such person.

4. Option Covenants Run with the Land. The Option Agreement covenants are deemed to be covenants running with the land, so as to give it the broadest possible application, and include, without limitation, the following:

a. Restrictions on the Owner's right to transfer the Property.

b. Restrictions on the Owner's ability to borrow against the Property.

c. Restrictions of the Owner's ability to rent the Property.

d. Requirement that the Owner pay Hometap the Hometap Share pursuant to the terms and conditions of the Option Agreement.

e. Requirements that any sale of the Property conform to certain procedures set forth in the Option Agreement.

f. Requirements that the Owner maintain adequate insurance on the Property against certain hazards.

g. Requirements that the Owner keep the property free and clear of any liens or encumbrances not authorized by Hometap.

5. Governing Law. This Memorandum will be determined under, governed by, and construed in accordance with the laws of the state in which the Property is located, without regard to its conflict of law principles to the furthest extent possible.

6. Counterparts. This Memorandum may be executed in counterparts, each of which when so executed will be deemed an original, but all such counterparts will constitute one and the same agreement.

7. Termination. This Memorandum will remain in full force and effect until released by written termination or quitclaim deed executed by Hometap and notarized and recorded in the real property records where the Property is located or until extinguished by operation of law.

8. Notices. All notices or written communications required in connection with this Memorandum will be delivered in accordance with the Option Agreement and to the following addresses, unless a Party has been notified by the other Party in writing of a substitute address:

Hometap

Hometap Investment Partners III SPV, LLC
800 Boylston Street
16th Floor
Boston, MA 02199
Attention: Legal Department

Owner
RICHARD SPENCER HOFFMAN
ROMY MARTINSON HOFFMAN
PO Box 805
Everett, WA 98206

*[Signature Pages Follow]*

**IN WITNESS WHEREOF**, intending to be legally bound, the Parties have executed this Memorandum as of the Signing Date by their signatures below. This Memorandum may be executed in multiple counterparts, each of which when so executed will be deemed an original, but all such counterparts will constitute one and the same Memorandum.

**HOMETAP INVESTMENT PARTNERS III SPV, LLC**

By: Hometap Equity Partners, LLC,
Its Manager

By: ______________________________

Name: ____________________________

Title: ____________________________

Date: ____________________________

Acknowledgment Certificate

Commonwealth of Massachusetts

County of Suffolk

On this _________ day of ______________________, 20_____, before me, the undersigned notary public, personally appeared __________________________, __________________________, proved to me through satisfactory evidence of identification, which was _______________________, to be the person whose name is signed on the preceding or attached document in my presence, and acknowledged to me that they signed it voluntarily for its stated purpose, as an authorized signatory for Hometap Investment Partners III SPV, LLC, a limited liability company.

_______________________________________________
Notary Public Signature

My commission expires ___________________________

**IN WITNESS WHEREOF**, intending to be legally bound, the Parties have executed this Memorandum as of the Signing Date by their signatures below. This Memorandum may be executed in multiple counterparts, each of which when so executed will be deemed an original, but all such counterparts will constitute one and the same Memorandum.

**OWNER(S):**

By: ______________________________
RICHARD SPENCER HOFFMAN

Date: 2/18/22

By: ______________________________
ROMY MARTINSON HOFFMAN

Date: 2/18/22

Acknowledgment Certificate

State of Washington

County of Snohomish

This record was acknowledged before me on this 18 day of February, 2022, by RICHARD SPENCER HOFFMAN.

(Stamp)

PAULA A BARIQUIT
NOTARY PUBLIC #93091
STATE OF WASHINGTON
COMMISSION EXPIRES
SEPTEMBER 29, 2023

Paula A. Bariquit
Signature of notary public

Notary Public
Title of office

My commission expires: 09·29·2023

Acknowledgment Certificate

State of Washington

County of Snohomish

This record was acknowledged before me on this 18 day of February, 2022, by ROMY MARTINSON HOFFMAN.

(Stamp)

PAULA A BARIQUIT
NOTARY PUBLIC #93091
STATE OF WASHINGTON
COMMISSION EXPIRES
SEPTEMBER 29, 2023

Paula A. Bariquit
Signature of notary public

Notary Public
Title of office

My commission expires: 09.29.2023

**<u>Exhibit A</u>**

Property Description

The following described real estate, situated in the County of Snohomish, State of Washington Lot 26 of Hat Island Division M, as per Plat recorded in Volume 24 of Plats, Pages 86 and 87, records of Snohomish County auditor; Any unpaid assessments or charges, and liability for further assessments or charges by Hat Island Community Club, Inc Right to enter the land to make repairs and cut brush and trees which threaten or endanger the electric transmission line adjoining the land, as granted in instrument recorded September 18, 1974, under Recording No 2357775. Matters incident to the fact that roads within said plat are private roads, which may not be part of the City/County Road System Assignment of the private roads: Assignee: Willard Hatch Recorded: November 30, 1977 Recording No.: 7711300313 Covenants, conditions, easements, restrictions and reservations imposed by instrument recorded on July 19, 1965, under Recording No 1796003. This policy does not insure that the land described in Schedule A is benefited by easements, covenants or other appurtenances set forth in said instrument to benefit or burden real property outside the boundaries of said land Assignment of the easement on Paragraph No. 7: Assignee: Public Utility District No. 1 of Snohomish County Recorded: September 18, 1974 Recording No.: 2357767 All covenants, conditions, restrictions, reservations, easements or other servitudes, if any, disclosed by the recorded plat of Hat Island, Division M This policy does not insure that the land described in Schedule A is benefited by easements, covenants or other appurtenances shown on the plat or survey to benefit or burden real property outside the boundaries of said land Assignment of the easements and other matters delineated in said plat. Assignee Hat Island Community, Inc Recorded. February 17, 1970 Recording No. 2134057

Parcel ID / APN: 00467100002600