**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| RICHARD HOFFMAN and ROMY HOFFMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOMETAP INVESTMENT PARTNERS III SPV, LLC; HOMETAP EQUITY PARTNERS, LLC; and DOES 1–10,<br><br>Defendants. | No. 2:26-cv-01124<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY ACTION PENDING RULING ON MOTION TO COMPEL ARBITRATION |

Before the Court is Defendants' Unopposed Motion to Stay Action Pending Ruling on their Motion to Compel Arbitration.

For the reasons set forth in Defendants' motion, and for good cause shown, the Court hereby GRANTS Defendants' motion.

This action is STAYED pending the outcome of Defendants' Motion to Compel Arbitration.

Dated this 24th day of April, 2026.

Jamal N. Whitehead
United States District Judge

Presented by:

/s/ Monique Wirrick
Monique Wirrick, WSBA No. 34093
MCGUIREWOODS LLP
Safeco Plaza
1001 Fourth Avenue, Suite 4368
Seattle, WA 98154-1123
Phone: (206) 336-5185
Email: mwirrick@mcguirewoods.com

Jeffrey Paul Ehrlich (admitted *Pro Hac Vice*)
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
Telephone: 202-857-1700
jehrlich@mcguirewoods.com

Kathryn M. Barber (admitted *Pro Hac Vice*)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
(804) 755-1227
kbarber@mcguirewoods.com

*Attorneys for Defendants Hometap Investment Partners III SPV, LLC and Hometap Equity Partners, LLC*