THE HONORABLE JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| RICHARD HOFFMAN and ROMY HOFFMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOMETAP INVESTMENT PARTNERS III SPV, LLC; HOMETAP EQUITY PARTNERS, LLC; and DOES 1–10,<br><br>Defendants. | No. 2:26-cv-01124<br><br>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY ACTION |

Under Local Civil Rule 7(n), Defendants Hometap Investment Partners III SPV, LLC and Hometap Equity Partners, LLC submit the attached supplemental authority in support of their Motion to Compel Arbitration and Stay Action (Dkt. # 13).

Dated: August 28, 2026

Respectfully submitted,

/s/ Monique Wirrick
Monique Wirrick, WSBA No. 34093
MCGUIREWOODS LLP
Safeco Plaza
1001 Fourth Avenue, Suite 4368
Seattle, WA 98154-1123
Phone: (206) 336-5185
Email: mwirrick@mcguirewoods.com

Jeffrey Paul Ehrlich (admitted *Pro Hac Vice*)
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
Phone: (202) 857-1700
Email: jehrlich@mcguirewoods.com

Kathryn M. Barber (admitted *Pro Hac Vice*)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
Phone: (804) 755-1227
Email: kbarber@mcguirewoods.com

*Attorneys for Defendants Hometap Investment Partners III SPV, LLC and Hometap Equity Partners, LLC*